# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00222-CV

**FIA Card Services, N.A. f/k/a MBNA America Bank, N.A., Appellant**

**v.**

**Catherine V. Alloggio, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 8669-C, HONORABLE LINDA RODRIGUEZ, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

FIA Card Services, N.A. f/k/a MBNA America Bank, N.A., and Catherine V. Alloggio have filed an agreed motion to reverse, vacate, and remand the underlying judgment in this case. The agreed motion provides that upon remand, the parties will file mutual dismissals with prejudice. Accordingly, we grant the motion and set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

 

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Waldrop

Vacated and Remanded

Filed:   December 14, 2007